**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SAMANTHA ROBINSON,

                       Plaintiff,                 **SCHEDULING ORDER**

     -against-                               17 Civ. 4701 (KMK)(JCM)

BURKE REHABILITATION HOSPITAL,

                       Defendant.
------------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Status Conference for April 26, 2018 at 10:30 a.m. before Magistrate Judge Judith C. McCarthy in Courtroom 421.

*Any party seeking to reschedule shall telephone Chambers with all other parties on the line.*

Dated: February 27, 2018
       White Plains, New York

                                                   **SO ORDERED:**

                                                   JUDITH C. McCARTHY
                                                   United States Magistrate Judge